# EXHIBIT B

IN THE IOWA DISTRICT COURT IN AND FOR POLK COUNTY

| | |
|---|---|
| Serenity Therapy LLC, Carrie Leaf Therapy, LLC (DBA Balanced Life Counseling Solutions, LLC), Paula S. Gordy LISW LLC, and Therapeutic Innovations, PLLC, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>United Health Group, Inc., Change Healthcare, Inc., et. al.,<br><br>Defendants. | Polk County Case No. CVCV070631<br><br>**NOTICE OF FILING NOTICE OF REMOVAL** |

TO:    Clerk of Court, Iowa District Court for Polk County, 500 Mulberry Street, Des Moines, IA 50309.

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, removal papers have been filed with the Clerk of the United States District Court for the Southern District of Iowa regarding the above-entitled action. A true and correct copy of the Notice of Removal to federal court is attached hereto as **Exhibit A** and incorporated herein by this reference.

This Court is requested to proceed no further in this action unless and until such time as the action may be remanded by order of the United States District Court.

Date:  May 20, 2026

/s/ Joshua D. Hughes
Joshua D. Hughes (AT0014950)
801 Grand Avenue, Suite 4100
Des Moines, IA  50309
Tel: (515) 283-1000
Fax: (515) 598-7704
Email: hughes.josh@dorsey.com
**ATTORNEYS FOR DEFENDANTS UNITED HEALTH GROUP INC., CHANGE HEALTHCARE INC., ET AL.**

- 1 -

Original filed.

Copy to:

J. Barton Goplerud
Brian Marty
SHINDLER ANDERSON
GOPLERUD & WEESE P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749

Daniel E. Gustafson
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402

Nicholas Murphy
HAUSFELD LLP
1201 17th Street N.W., Suite 600
Washington, D.C. 20036

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

The undersigned certifies that on <u>May 20, 2026</u>, the foregoing instrument was served upon all parties to the above case and/or to each of the attorneys of record herein at their respective addresses disclosed on the pleadings:

By: Electronic Service and/or

| | | |
|---|---|---|
| _____ U.S. Mail | _____ FAX | |
| _____ Hand Delivered | _____ Overnight Courier | |
| _____ E-mail | _____ Other | _____ |

_/s/ *Joshua D. Hughes*_____

- 2 -