# UNITED STATES DISTRICT COURT
## Southern District of Iowa

U.S. Courthouse
111 Locust Street
Des Moines, Iowa  50309

Clerk of Court's Office
www.iasd.uscourts.gov



Des Moines
Davenport
Council Bluffs

o: 515-284-6248
f : 515-284-6418

June 1, 2026

Jessica D. Birnbaum
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judicial Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC  20544-0005

*In Re:* Change Healthcare, Inc. Customer Data Security Breach Litigation,
MDL No. 3108

Dear Ms. Birnbaum:

Enclosed is a copy of the complaint from the action filed in the Southern District of Iowa, Serenity Therapy LLC v. UnitedHealth Group Incorporated et al. Please forward this complaint to the panel for review of a Potential Tag-Along Action to the above-entitled MDL case.

Should you have any questions, please do not hesitate to contact this office.

Sincerely,
/s/ Susan Lancaster
Deputy Clerk
Phone number 563-884-7610
Chandlor G. Collins
CLERK OF COURT