**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**


IN RE: CHANGE HEALTHCARE, INC., CUSTOMER
DATA SECURITY BREACH LITIGATION                                          **MDL No. 3108**


(SEE ATTACHED SCHEDULE)


**CONDITIONAL TRANSFER ORDER (CTO –45)**


On June 7, 2024, the Panel transferred 4 civil action(s) to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 737 F.Supp.3d 1367 (J.P.M.L. 2024). Since that time, 113 additional action(s) have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Donovan W. Frank.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Frank.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of June 7, 2024, and, with the consent of that court, assigned to the Honorable Donovan W. Frank.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.


FOR THE PANEL:

Jessica D. Birnbaum
Clerk of the Panel

**IN RE: CHANGE HEALTHCARE, INC., CUSTOMER
DATA SECURITY BREACH LITIGATION**                    MDL No. 3108

### SCHEDULE CTO–45 – TAG–ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|
| **CALIFORNIA EASTERN** | | | |
| CAE | 2 | 26–01857 | E5 Therapy et al v. UnitedHealth Group Incorporated et al |
| **FLORIDA SOUTHERN** | | | |
| FLS | 0 | 26–61506 | Urological Consultants of Florida et al v. Unitedhealth Group Incorporated et al |
| **GEORGIA MIDDLE** | | | |
| GAM | 3 | 26–00060 | SUNNY DAYS THERAPEUTICS LLC v. UNITED HEALTH GROUP INC, et al |
| **INDIANA SOUTHERN** | | | |
| INS | 1 | 26–00982 | MIND GARDEN LLC et al v. UNITEDHEALTH GROUP INCORPORATED et al |
| **IOWA SOUTHERN** | | | |
| IAS | 4 | 26–00219 | Serenity Therapy LLC v. United Healthgroup, Inc. et al |
| **NEVADA** | | | |
| NV | 2 | 26–01488 | K. Sasse Surgical Associates, PC et al v. UnitedHealth Group Incorporated et al |
| **WASHINGTON WESTERN** | | | |
| WAW | 2 | 26–01754 | Dov Wills PLLC v. UnitedHealth Group Incorporated et al |