A true printed copy in __2__ sheet(s)
of the electronic record filed on _6/9/26_,
in the United States District Court
for the District of Minnesota.
CERTIFIED,_____ June 09 2026
Kate M. Fogarty, Clerk
BY:_____
Deputy Clerk
Signature of Clerk or Deputy Clerk

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

IN RE: CHANGE HEALTHCARE, INC., CUSTOMER
DATA SECURITY BREACH LITIGATION                    **MDL No. 3108**

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −45)**

On June 7, 2024, the Panel transferred 4 civil action(s) to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 737 F.Supp.3d 1367 (J.P.M.L. 2024). Since that time, 113 additional action(s) have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Donovan W. Frank.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Frank.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of June 7, 2024, and, with the consent of that court, assigned to the Honorable Donovan W. Frank.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Jun 05, 2026**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jessica D. Birnbaum
Clerk of the Panel

IN RE: CHANGE HEALTHCARE, INC., CUSTOMER
DATA SECURITY BREACH LITIGATION                    MDL No. 3108

SCHEDULE CTO−45 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|
| **CALIFORNIA EASTERN** | | | |
| CAE | 2 | 26−01857 | E5 Therapy et al v. UnitedHealth Group Incorporated et al **26-2887 DWF/DJF** |
| **FLORIDA SOUTHERN** | | | |
| FLS | 0 | 26−61506 | Urological Consultants of Florida et al v. Unitedhealth Group Incorporated et al **26-2888 DWF/DJF** |
| **GEORGIA MIDDLE** | | | |
| GAM | 3 | 26−00060 | SUNNY DAYS THERAPEUTICS LLC v. UNITED HEALTH GROUP INC, et al **26-2889 DWF/DJF** |
| **INDIANA SOUTHERN** | | | |
| INS | 1 | 26−00982 | MIND GARDEN LLC et al v. UNITEDHEALTH GROUP INCORPORATED et al **26-2890 DWF/DJF** |
| **IOWA SOUTHERN** | | | |
| IAS | 4 | 26−00219 | Serenity Therapy LLC v. United Healthgroup, Inc. et al **26-2892 DWF/DJF** |
| **NEVADA** | | | |
| NV | 2 | 26−01488 | K. Sasse Surgical Associates, PC et al v. UnitedHealth Group Incorporated et al **26-2893 DWF/DJF** |
| **WASHINGTON WESTERN** | | | |
| WAW | 2 | 26−01754 | Dov Wills PLLC v. UnitedHealth Group Incorporated et al **26-2894 DWF/DJF** |